AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00210 |
| STEVE OMAR MALDONADO (AKA: EMILIO MALDONADO) | ) Assigned to: Judge Faruqui, Zia M |
| DOB: XXXXXX | ) Assign Date: 2/8/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752 (a)(1) and (2) | Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Violent Entry or Disorderly Conduct, and parade, demonstrate, or picket on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Megan Rolander, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   02/08/2021

*Judge's signature*

City and state:   Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*