AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:21-mj-00210 |
| v. | ) Assigned to: Judge Faruqui, Zia M |
| STEVE OMAR MALDONADO (AKA: EMILIO MALDONADO) | ) Assign Date: 2/8/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    STEVE OMAR MALDONADO                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752 (a)(1) and (2) - Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry or Disorderly Conduct, and parade, demonstrate, or picket on Capitol Grounds.

Date:     02/08/2021

2021.02.08
20:56:09 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/9/2021, and the person was arrested on *(date)* 2/10/2021
at *(city and state)* Orlando, FL (Airport)

Date: 2/10/2021

*Arresting officer's signature*

Kelcey Harris Special Agent
*Printed name and title*