UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-176-CJN |
| | : | |
| STEVE OMAR MALDONADO, | : | |
| | : | |
| Defendant | : | |

## JOINT MOTION FOR CONTINUANCE
## AND JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, by and through his attorney, Elizabeth Mullen (collectively, "the Parties"), respectfully request a 30-day continuance of this matter and also submit a joint status report, and state as follows:

1. On March 3, 2021, the defendant, Steve Omar Maldonado, was charged by way of indictment with (Count One) Obstruction of an Official Proceeding and Aiding and Abetting in violation of Title 18 U.S.C. §§ 1512(c)(2), 2; (Count Two) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Three) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Four) Entering and Remaining in the Gallery of Congress in violation of Title 40 U.S.C. § 5104(e)(2)(B); (Count Five) Disorderly Conduct in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(D); and (Count Six) Parading Demonstrating, or Picketing in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(G).  ECF 9.

2. The defendant has been out on bond since his arrest on February 12, 2021. Defendant remains compliant with conditions of release.

3. Since the defendant's arraignment on March 15, 2021, the Court has (collectively) ordered the exclusion of time from Speedy Trial calculations through July 29, 2022. The Court has also ordered a joint status report be filed on June 29, 2022.

4. As for discovery since our last setting on June 8, 2022, defense counsel has been advised of Global Productions 16 and 17 to the defense Relativity workspace. As of July 11, 2022, 1,880,698 files have been provided to the defense Relativity database. Among other things, these documents include approximately 208 digitally recorded interviews; 1,011 FBI FD-302s; 61,301 tips; and the results of searches of 490 digital devise and 98 Stored Communication Act accounts. Over 24,000 files have been provided to the defense evidence.com video repositories. Corresponding indexes have also been made available. Additionally, case-specific discovery has been provided via USAFx. Parties have maintained open communication to resolve potential discovery issues and remain compliant with issued protective order (ECF 16).

5. Parties are agreed to a 30-day continuance of this matter and to excluding the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Parties continue plea negotiations and believe this time will allow for further production and review of discovery and will facilitate resolution of this case short of trial.

      Respectfully submitted,

      MATTHEW M. GRAVES  
      United States Attorney  
      D.C. Bar No. 481052

      ___/s/_____  
      GRACIELA R. LINDBERG  
      Assistant United States Attorney  
      Texas Bar No. 00797963  
      11204 McPherson Road, Suite 100A  
      Laredo, Texas   78045-6576

956-754-9350
graciela.lindberg@usdoj.gov


A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Elizabeth Mullen
Assistant Federal Public Defender DC
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500
Elizabeth_Mullen@fd.org