UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVE OMAR MALDONADO,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-00176 (CJN) |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss Count One of the Indictment, ECF No. 44. Upon review of the Motion and the Government's Response, the Motion is granted for the reasons set forth in *United States v. Miller*, No. 21-cr-119 (CJN), --- F. Supp. 3d ---, 2022 WL 823070 (D.D.C. Mar. 7, 2022), and *United States v. Miller*, No. 21-cr-119 (CJN), --- F. Supp. 3d ---, 2022 WL 1718984 (D.D.C. May 27, 2022).

Accordingly, it is

**ORDERED** that Defendant's Motion to Dismiss Count One of the Indictment is **GRANTED**.

DATE: January 12, 2023

CARL J. NICHOLS
United States District Judge

1