# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-00176 (CJN) |
| | ) | |
| **STEVE OMAR MALDONADO** | ) | |
|    Defendant. | ) | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Elizabeth H. Danello is entering her appearance in the above-captioned matter.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney

    _____/s/_____
    ELIZABETH H. DANELLO
    D.C. Bar #407606
    Assistant United States Attorney
    601 D Street, NW, Room 6.232
    Washington, D.C. 20530
    Elizabeth.Danello@usdoj.gov
    (202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 7th day of February 2023, I have caused a copy of the foregoing Notice of Appearance to be served via ECF on counsel of record.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney