# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-cr-00176 (CJN)
)
STEVE OMAR MALDONADO )

## NOTICE OF APPEAL

Name and address of appellant: United States of America

Name and address of appellant's attorney: Elizabeth H. Danello, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 6.232
Washington, DC 20253

Offense: 18 U.S.C. 1512(c)(2); 18 U.S.C. 1752(a)(1) & (a)(2); 40 U.S.C. 5104(e)(2)(B), (e)(2)(D), & (e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

Order, entered January 12, 2023, granting motion to dismiss Count One of indictment, charging obstruction of justice under 18 U.S.C. 1512(c)(2)

Name and institution where now confined, if not on bail: On bond

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

February 7, 2023                                          United States of America
DATE                                                      APPELLANT
                                                          Elizabeth H. Danello
                                                          ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ✔
CJA, NO FEE           ☐
PAID USDC FEE         ☐
PAID USCA FEE         ☐

| | YES | NO | |
|---|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | | |
| Has counsel ordered transcripts? | | ✔ | (Decided on the motions; no transcript) |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✔ | |