UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 21-cr-00176 (CJN) |
| ) | |
| STEVE OMAR MALDONADO ) | |
| ) | |

# NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Elizabeth H. Danello is withdrawing her appearance in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

/s/
ELIZABETH H. DANELLO
D.C. Bar #407606
Assistant United States Attorney
601 D Street, Room 6.232
Washington, D.C. 20530
Elizabeth.Danello@usdoj.gov
(202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2023, I have caused a copy of the foregoing withdrawal of appearance to be served by electronic means, through the Court's CM/ECF system, upon counsel of record.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney
