# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Cr. No. 21-cr-00176 (CJN) |
| | : |
| **STEVE OMAR MALDONADO,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF FILING

Mr. Steve Maldonado, through counsel, respectfully files the attached executed waiver of trial by jury.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Elizabeth_Mullin@fd.org