## DEFENDANT'S WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney for the District of Columbia and with the approval of the Court, the undersigned defendant hereby waives the right to trial by jury and requests the Court to try all charges in this case without a jury.

DATE: 4-1-23

_____
Defendant Steve Omar Maldonado

DATE: 4-1-2023

*Elizabeth Mullin*
Attorney Elizabeth Mullin

The United States Attorney hereby consents that the case by tried without a jury.

DATE: 4/1/2023

_____
Victoria A. Sheets
Assistant United States Attorney

DATE: _____

_____
Honorable Carl J. Nichols
United States District Judge

2