**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-176-CJN |
| | : | |
| **STEVE OMAR MALDONADO,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO ADOPT PROPOSED PRETRIAL SCHEDULING ORDER

The United States, by and through its attorney, and Defendant, by and through his attorney, (collectively, "the Parties"), respectfully submit this motion to adopt the attached Pretrial Scheduling Order, for the trial set to commence July 10, 2023, and state as follows:

1. The Parties shall file any Pretrial Motions by May 12, 2023, and any responses to those Pretrial Motions by May 26, 2023.

2. The Parties shall file Legal Instructions by June 21, 2023.

3. The Parties shall file any stipulations by July 1, 2023.

4. The Parties shall provide witness and exhibit lists by July 1, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Victoria A. Sheets*
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street NW
District of Columbia, DC 20530
(202) 252-7566

victoria.sheets@usdoj.gov

A. J. Kramer
Federal Public Defender

_____/s/_____
Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500
Elizabeth_mullin@fd.org