UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| v. | : | Cr. No. 21-cr-00176 (CJN) |
| | : | |
| **STEVE OMAR MALDONADO,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## UNOPPOSED MOTION TO TEMPORARILY ALLOW TRAVEL

Mr. Steve Maldonado, through undersigned counsel, respectfully submits this motion to allow travel outside the continental United States, specifically to Puerto Rico, and as grounds therefore states:

1. On February 8, 2021, Mr. Maldonado was charged by criminal complaint with Entering and Remaining on Restricted Buildings or Grounds, in violation of 18 U.S.C. § 1752(a)(1) and (2); and Violent Entry or Disorderly Conduct, and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D) and (G). *See* ECF No. 1.

2. On February 12, 2021, Mr. Maldonado appeared in the U.S. District Court of the District of Columbia for an initial appearance. At that hearing, Magistrate Meriweather released Mr. Maldonado on his personal recognizance subject to the following conditions: weekly check-ins with Pretrial Services in D.C., surrender of his passport, notification to Pretrial Services in advance of any travel outside the Middle District of Florida,

court approval for all travel outside the continental U.S., and a stay-away from the District of Columbia, among others. *See* ECF No. 5.

3. On March 3, 2021, a federal grand jury indicted Mr. Maldonado on the previously listed misdemeanor charges, and also a felony charge of Obstructing an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2), and Aiding and Abetting the same, in violation of 18 U.S.C. § 2. *See* ECF No. 9.

4. A trial date of November 27, 2023, was scheduled but recently vacated because the government has appealed the Court's ruling dismissing the Obstruction Count and that appeal is still pending. As the Court's ruling in another in another case is pending review by the United States Supreme Court. Mr. Maldanado's trial has been stayed until the Supreme Court rules.

5. Throughout the case, parties have participated in telephonic status conferences. Mr. Maldonado has participated by video.

6. Mr. Maldonado resides in Florida. He has remained compliant with his release conditions. He has business and family Puerto Rico and needs to make frequent extended visits there both to manage his business and visit his daughter and grandchildren. This Court has previously permitted his travel to Puerto Rico and his trips have occurred without incident. *See e.g.,* Minute Orders, March 30, 2021, August 23, 2021, December 13, 2021, April 14, 2022, May 1, 2023, November 15 2023 (granting motions to travel to

Puerto Rico).

7. Mr. Maldonado needs to travel to Puerto Rico on March 24, 2024, to return on or about April 2, 2024. If permitted to travel to Puerto Rico, Mr. Maldonado will be able to attend all video teleconferences and in-person hearings set by this Court just as if he were in Florida.

8. Additionally, undersigned has consulted with the U.S. Probation Office and government counsel prior to filing earlier motions to permit travel, and can represent that the government historically has not opposed provided U.S. Probation does not oppose. It is counsel understanding that Probation has no objection as long as the Court permits the requested travel.[i]

9. Therefore, Mr. Maldonado requests that this Court allow him special permission to fly and stay in Puerto Rico for approximately ten days to be with his family and attend to his business.

                                            Respectfully submitted,

                                            A.J. KRAMER
                                            FEDERAL PUBLIC DEFENDER

                                            _____/s/_____
                                            Elizabeth Mullin
                                            Assistant Federal Public Defender
                                            625 Indiana Avenue, N.W., Suite 550
                                            Washington, D.C.  20004
                                            (202) 208-7500
                                            Elizabeth_Mullin@fd.org

---

[i] The U.S. Probation Office has previously requested that if Mr. Maldonado is granted this request, he must continue to report weekly, just as if he were in Florida.