## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-176 (CJN)** |
| v. | : | |
| | : | |
| **STEVE OMAR MALDONADO,** | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT & MOTION TO EXCLUDE TIME

The United States of America and counsel for defendant Steve Omar Maldonado jointly submit this status report and hereby move this Court to set a status hearing for defendant Steve Omar Maldonado at a date of the Court's convenience no later than 10 days after the decision by the Supreme Court of the United States in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), *cert. granted*, No. 23-5572 (U.S. Dec. 13, 2023).

The parties hereby also jointly move this Court to exclude the time in which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq, from April 19, 2024 to the next status hearing once it is set.

Thus, the parties agree that continuing to wait for a resolution on Count One will further the interests of justice, and further that a status hearing once the *Fischer* decision comes down would be appropriate.

WHEREFORE, the parties jointly respectfully request that the Court grant the motion to exclude time in the interests of justice and to set a status hearing for no later than 10 days after the *Fischer* decision comes down.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:   */s/ Victoria A. Sheets*
      VICTORIA A. SHEETS
      Assistant United States Attorney
      NY Bar No. 5548623
      601 D Street NW
      District of Columbia, DC 20530
      Victoria.Sheets@usdoj.gov
      (202) 252-7566

      KYLE R. MIRABELLI
      Assistant United States Attorney
      NY Bar No. 5663166
      601 D Street, N.W.
      Washington, DC  20001
      Kyle.Mirabelli@usdoj.gov
      (202) 252-7884


      A. J. Kramer
      Federal Public Defender
      _____*/s/*_____
      Elizabeth Mullin
      Assistant Federal Public Defender
      625 Indiana Ave NW, Suite 550
      Washington, D.C. 20004
      (202) 208-7500
      Elizabeth_mullin@fd.org