# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3016**                          **September Term, 2024**

**1:21-cr-00176-CJN-1**

**Filed On: September 10, 2024** [2074133]

United States of America,

        Appellant

    v.

Steve Omar Maldonado, also known as
Emilio Maldonado,

        Appellee

### **M A N D A T E**

     In accordance with the order of September 10, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                      BY:     /s/
                                                   Erica M. Thorner
                                                   Deputy Clerk

Link to the order filed September 10, 2024