# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3016**  **September Term, 2024**

**1:21-cr-00176-CJN-1**

**Filed On:** September 10, 2024

United States of America,

    Appellant

v.

Steve Omar Maldonado, also known as Emilio Maldonado,

    Appellee

### O R D E R

Upon consideration of appellant's unopposed motion to dismiss appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:   /s/
             Erica Thorner
             Deputy Clerk