**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-cr-00176 (CJN)** |
| **STEVE OMAR MALDONADO,** | |
| **Defendants.** | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Steve Omar Maldonado, by and through his attorney, jointly respectfully move this Court to continue the status conference, which is currently scheduled for December 13, 2024, for at least sixty (60) days.

In support of the motion, the government notes that there is a conflict with government counsel's duties in a jury trial, but also that both parties are engaging in plea discussions and have an interest in resolving the case in a timely matter through those means if possible.

WHEREFORE, the parties respectfully request that this Court grant the motion for a continuance and exclude time in the interests of justice. Specifically, the United States, along with counsel for the defendant, respectfully requests that this Court exclude the time from December 13, 2024, until the next status hearing set by this Court, within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.

1

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:     */s/ Victoria A. Sheets*
        VICTORIA A. SHEETS
        Assistant United States Attorney
        NY Bar No. 5548623
        601 D Street NW
        District of Columbia, DC 20530
        (202) 252-7566
        victoria.sheets@usdoj.gov

        A. J. Kramer
        Federal Public Defender
        _____*/s/*_____
        Elizabeth Mullin
        Assistant Federal Public Defender
        625 Indiana Ave NW, Suite 550
        Washington, D.C. 20004
        (202) 208-7500
        Elizabeth_mullin@fd.org

## CERTIFICATE OF SERVICE

On December 12, 2024, a copy of the foregoing was served upon all parties listed on the

Electronic Case Filing (ECF) System.

                */s/ Victoria A. Sheets*
                VICTORIA A. SHEETS
                Assistant United States Attorney
                NY Bar No. 5548623
                601 D Street NW
                District of Columbia, DC 20530
                (202) 252-7566
                victoria.sheets@usdoj.gov

2